NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: MICHAEL OTTO HARTMANN,**
*Petitioner*

---

2021-166

---

On Petition for Writ of Mandamus to the United States Court of Appeals for the Federal Circuit.

---

## ON PETITION

---

PER CURIAM.

### O R D E R

Michael Otto Hartmann submits a petition for a writ of mandamus, attempting to invoke this court's "original jurisdiction" to assert various claims, including contract and federal securities claims.

The All Writs Act provides that the federal courts "may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651(a). The Act is not itself a grant of jurisdiction. *Clinton v. Goldsmith*, 526 U.S. 529, 534–35 (1999). This court does not have original jurisdiction over Mr. Hartmann's claims. Nor does his submission reference any agency or trial court

action that would eventually be subject to this court's jurisdiction on direct appeal that would give us authority to consider a mandamus request.  We therefore dismiss his petition.

Accordingly,

IT IS ORDERED THAT:

The petition is dismissed.

FOR THE COURT

August 19, 2021                    /s/ Peter R. Marksteiner
       Date                        Peter R. Marksteiner
                                   Clerk of Court

s35